# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                                         PLAINTIFF

v.                                        No. 4:08CR00303-02 JLH

CHRISTOPHER RAMON ROY                                                                          DEFENDANT

## ORDER

The government has filed a motion to dismiss without prejudice as to Christopher Ramon Roy. Without objection, the motion is GRANTED. Docket #56. The indictment is hereby dismissed without prejudice as to Christopher Ramon Roy.

IT IS SO ORDERED this 21st day of October, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE